905 A.2d 869

GRIVAS v. SMYTH.

March 29, 2006.

ORDERED that certification to the Superior Court, Chancery Division, Atlantic County is granted.

905 A.2d 869

SIMON v. CRONECKER.

March 29, 2006.

ORDERED that certification to the Superior Court, Chancery Division, Atlantic County is granted.

905 A.2d 869

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. RODNEY ARMOUR, DEFENDANT–PETITIONER.

August 4, 2006.

ORDERED that the petition for certification is granted on the issue of defendant's sentence, and the matter is summarily remanded to the trial court for resentencing in light of the Court's decision in *State v. Pierce*, 188 *N.J.* 155, 902 *A.2d* 1195 (2006).